UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

MARK DAVID ROBBINS

VERSUS                                                                    CIVIL ACTION NO.

NOBLE DRILLING CORPORATION AND                    16-CV-150-JJB-EWD
PARAGON OFFSHORE DRILLING LLC

### **ORDER**[1]

The parties submitted a joint Status Report[2] on June 23, 2016, in preparation for a scheduling conference July 7, 2016. A Suggestion of Bankruptcy was filed into the record in this matter on March 17, 2016,[3] indicating that defendant Paragon Offshore Drilling LLC ("Paragon") is a debtor in Case No. 16-10385, United States Bankruptcy Court, District of Delaware (the "Bankruptcy Case"). A review of the Voluntary Petition in the Bankruptcy Case shows that "Noble Drilling Corporation," the other named defendant in this case, is listed as an assumed name, trade name or doing business as name for Paragon.[4]

The automatic stay provisions of the Bankruptcy Code, 11 U.S.C. § 362, preclude continuation of this matter at this time.

**IT IS HEREBY ORDERED** that this matter is stayed pending resolution of Paragon's Bankruptcy Case. Counsel for Paragon shall notify the Court in writing when Paragon's Bankruptcy Case has been concluded and this matter can proceed.

---

[1] As a stay in not one of the excepted matters in 28 U.S.C. § 636(b)(1)(A), nor is a stay dispositive of any claim on the merits within the meaning of Rule 72 of the Federal Rules of Civil Procedure, this Order is issued under the authority thereof. *See, Boyd v. Occidental Fire & Casualty Co. of North Carolina*, 2011 WL 4062383, at n. 1 (M.D. La. 9/13/11).
[2] R. Doc. 6.
[3] R. Doc. 4.
[4] Bankruptcy Case, R. Doc. 1.

**IT IS FURTHER ORDERED** that the Clerk of Court **CLOSE** the above-captioned civil case for administrative and statistical purposes, pending further order from this Court.

Signed in Baton Rouge, Louisiana, on July 5, 2016.

*Erin Wilder-Doomes*

**ERIN WILDER-DOOMES**
**UNITED STATES MAGISTRATE JUDGE**